United States District Court Northern District of Alabama Southern Division

Complaint for Declaratory, Injunctive, and Equitable Relief



FILED
2026 JAN 23 P 1: 55
U.S. DISTRICT COURT
N.D. OF ALABAMA

Eric Johnson, Pro Se Litigant,
Plaintiff

Case No. _____

v.

NAVY FEDERAL CREDIT UNION,
Defendant.

"Let the Court, set up by the State for the People, act according to law, justice, equity, and good conscience; for the People, as members of a private Church, seek remedy and redress against oppression and wrongful taking of property. Equity acts in personam; and will not suffer a wrong without a remedy."

## I. Introduction

1. Plaintiff, Eric Johnson, a member and adherent of a private church governing his personal covenant according to Biblical law, appears before this Court seeking equitable relief consistent with the principles of justice, truth, and ownership as recognized by God's Word (KJV), and as affirmed by his church covenant."
2. Defendant unlawfully withholds Plaintiff's property and asserts lienholder authority without lawful proof, covenant, or lawful evidence.
3. Equity and Scripture command that no man shall take that which is not his own (Exodus 20:15), and that those who claim authority must bear the burden of proof (Proverbs 18:17).

## II. Standing and Special Appearance

4. Plaintiff appears in propria persona, by special appearance, affirming under pains and penalties of perjury that the statements herein are of firsthand knowledge and true.
5. As a member of a private Church and one of the People, Plaintiff seeks remedy for unlawful retention of property, interference with dominion and ownership, and disturbance of peace.

## III. Jurisdiction and Venue

6. This Court, established by the State for the People, is the proper forum for redress where citizens seek remedy against corporate and private wrongs.
7. Venue is proper because Plaintiff domiciles in this District and the wrongful acts of Defendant are felt within its bounds.
8. Equity provides that this Court may restrain wrongdoers and declare rights according to law and justice, for the preservation of peace among the People (Romans 13:3–4; Proverbs 31:8–9).

## IV. Parties

9. Plaintiff is a living man, domiciled in Alabama, and a member of a private Church.
10. Defendant, Navy Federal Credit Union, is a corporate entity claiming authority over property without lawful proof.

## V. Factual Allegations

11. Plaintiff is the rightful owner of a 2024 Volkswagen Atlas, VIN: 1V2WR2CA2RC560371.
12. Defendant claims an interest under Account/Loan No. 430016065625-66 and retains the vehicle title.
13. On or about November 19, 2025, Plaintiff sent Defendant a **formal written dispute and demand for proof**, requesting:

- The signed covenant or loan agreement
- The security instrument
- Proof of lien perfection
- Account and payment records

14. Defendant **refused or failed** to produce proof. Despite this, Defendant continues to:

- Assert lienholder authority
- Withhold Plaintiff's title
- Interfere with lawful dominion and control

15. Such acts are contrary to Biblical law and equity, and constitute **wrongdoing requiring immediate remedy** (Isaiah 10:1–2; Proverbs 11:1).

## VI. Violations in Equity and Biblical Law

16. **Count I — Declaratory Relief** An actual controversy exists whether Defendant holds lawful authority, covenant, or lien. Plaintiff seeks a declaration that Defendant has no **enforceable lien** and no right to retain title absent lawful proof (Deuteronomy 25:1; Proverbs 16:11).
17. **Count II — Wrongful Assertion of Authority** Defendant's claim without proof constitutes **false dealing and dishonest gain** (Proverbs 11:1; Leviticus 19:11).
18. **Count III — Conversion / Wrongful Retention** Plaintiff is the rightful owner. Retention of title without lawful authority **interferes with ownership, use, and dominion** (Exodus 22:1–3).
19. **Count IV — Failure of Covenant / Proof** Defendant asserts contractual rights but refuses to produce the covenant. No enforceable obligation exists without **mutual assent and lawful execution** (Deuteronomy 25:15; Proverbs 16:11).

## VII. Damages and Harm

20. Plaintiff suffers:

- Loss of use and dominion over property
- Impaired financial opportunities

- Emotional and spiritual distress
- Time and expense in pursuit of lawful redress

## VIII. Relief Requested

21. Plaintiff requests that this Court, in equity and under Biblical law:

A. Declare Defendant has **no enforceable lien** absent proof
B. Order Defendant to **release the vehicle title immediately**
C. Enjoin Defendant from asserting or enforcing any lien or debt without proof
D. Restore Plaintiff to full dominion and control of property
E. Provide such further relief as justice and Scripture require (Micah 6:8; Proverbs 31:8–9)

## IX. Jury Demand

22. Plaintiff demands trial by jury on all issues so triable. Justice delayed is justice denied (Proverbs 21:15).

## X. Verification

23. I, Eric Johnson, declare under penalty of perjury that the facts stated herein are true and correct to the best of my knowledge. My word is my Bond.

Executed the year of 2026 on January 23.

By: Eric Johnson

"I declare and seal this in the sight of the Almighty, reserving all that is right and just, and holding myself harmless before all men except as the Law of the Lord permits."

### Certificate of Service

I hereby certify that a true and correct copy of this Complaint was filed at the United States District Court for the Northern District of Alabama Southern Division at 1729 5th Avenue North HUGO L. BLACK UNITED STATES COURTHOUSE Birmingham, Alabama 35203-2037 in the year of 2026 on January 23.

By: Eric Johnson

"I declare and seal this in the sight of the Almighty, reserving all that is right and just, and holding myself harmless before all men except as the Law of the Lord permits."